UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNION PACIFIC RAILROAD                           CIVIL ACTION
COMPANY

VERSUS                                           NO: 10-1207

LIL AL'S TOWING INC                              SECTION: "J"

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action

have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice

to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the

compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED,

EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 30th day of September, 2011

_____
UNITED STATES DISTRICT JUDGE

| | Fee_____ |
| | Process_____ |
| X | Dktd_____ |
| X | CtRm Dep_____ |
| | Document No._____ |

DATE OF ENTRY: _____