UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNION PACIFIC RAILROAD CO. | CIVIL ACTION |
| VERSUS | NO. 10-1207 |
| LIL AL'S TOWING, INC., ET AL | SECTION J(3) |

**consolidated with**

| | |
|---|---|
| MICHAEL DARDAR | CIVIL ACTION |
| VERSUS | NO. 11-0334 |
| UNION PACIFIC RAILROAD CO. | SECTION J(3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Dismissal (Rec. Doc. 93);

IT IS ORDERED that the claims of plaintiff, Union Pacific Railroad Co. against Lil Al's Towing, Inc. and Caillou Island Towing, Inc.; the claims of counter-claimants Caillou Island Towing, Inc. and Lil Al's Towing, Inc against Union Pacific Railroad Co.; the claims of plaintiff, Michael Dardar, against Union Pacific Railroad Co.; and the claims of intervenor, Continental Insurance Company, against Union Pacific Railroad Co. be dismissed with prejudice, and with each party to bear their own costs of court.

New Orleans, Louisiana, this ____6th____ day of _____January_____, 2012.

_____
United States District Judge